UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DOUG SPRINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-cv-00398-JMS-MJD |
| | ) | |
| VIGO COUNTY HEALTH DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**MINUTE ENTRY FOR MARCH 2, 2022**
**TELEPHONIC STATUS CONFERENCE**
**HON. MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared by telephone for a Status Conference.  The parties discussed the status of and future plans for discovery.

Defendant shall serve its **overdue** initial disclosures, and file its **overdue** preliminary witness and exhibit lists on or before **March 9, 2022**.

This matter is scheduled for a telephonic status conference on **Wednesday, April 13, 2022 at 4:00 p.m. (Eastern)** to discuss case status.  Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Dated:  3 MAR 2022

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.