IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DOUG SPRINGER | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:21-cv-00398-JMS-MJD |
| VIGO COUNTY HEALTH DEP'T | ) ) | |
| Defendant. | ) ) | |

### NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES

**COMES NOW,** Defendant, by its counsel, and notifies the Court and all other parties that it has, on this date, served initial disclosures on counsel for the plaintiff.

**WHEREFORE,** the Defendant provides notice that it has served its initial disclosures in this cause, and requests all proper relief.

  /s/ Michael J. Wright
Michael J. Wright
Attorney at Law
605 Ohio Street, Suite 312
Terre Haute, IN 47802
812.201.9562
Wrightlawfirm812@gmail.com