IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| DOUG SPRINGER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 2:21-cv-00398-JMS-MJD |
| VIGO COUNTY HEALTH DEP'T, | ) ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL**

**COME NOW** both parties, by their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure stipulate to the dismissal of this cause, with prejudice and with each party to bear its own costs and attorneys' fees.

**WHEREFORE,** the parties stipulate to the dismissal of this cause, with prejudice and with each party to bear its own costs and attorneys' fees, and request all proper relief.

/s/ Gavin M. Rose
Gavin M. Rose
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202
317-635-4059
grose@aclu-in.org

Attorney for plaintiff

/s/ Michael J. Wright (with permission)
Michael J. Wright
605 Ohio St., Ste. 312
Terre Haute, IN 47807
812-201-9562
wrightlawfirm812@gmail.com

Attorney for defendant